# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160
Main: 305-949-7777
Fax: 305-704-3877

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

August 6, 2026

**VIA CM/ECF**
Honorable Magistrate Judge James B. Clark
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Torres v. El Salvadoreno Restaurant Corporation, et al.**
**Case 2:26-cv-02341-JXN-JBC**

Dear Magistrate Judge Clark:

The undersigned represents the Plaintiff in the above-captioned matter.

I respectfully submit this letter to notify the Court that Docket Entry No. 14 ("DE 14") was inadvertently filed in the above-captioned case. The document was intended to be filed in a different case and was mistakenly docketed in this matter.

This letter is submitted solely to advise the Court of the filing error. I respectfully request that the Court note that DE 14 was filed in the incorrect case and take whatever administrative action the Court deems appropriate.

I sincerely apologize to the Court and the Clerk's Office for any inconvenience this filing error may have caused. Thank you for your understanding and consideration.

Yours very truly,

THE WEITZ LAW FIRM, P.A.

By: Robert J. Mirel
Robert J. Mirel, Esq.